**Dismissed and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00615-CV

## IN THE INTEREST OF L.C., A MINOR CHILD

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78967**

## MEMORANDUM OPINION

This is an attempted interlocutory appeal of a temporary order before a final order in a suit affecting the parent-child relationship. *See* Tex. Fam. Code § 105.001. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered, unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Section 105.001(e)

provides that temporary orders rendered before a final order are not subject to interlocutory appeal. *See* Tex. Fam. Code § 105.001(e).

On October 13, 2020, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before October 23, 2020, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.